UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JDI HOLDINGS, LLC,                                 Docket No.: 20-cv-01963(JSR)

                         Plaintiff,

                        -against-

KIVETON INTERNATIONAL LIMITED,

                        Defendant.
-----------------------------------------------------------------X

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the parties in the above-entitled action that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, all claims asserted by Plaintiff JDI HOLDINGS, LLC in this action be and the same hereby are dismissed, with prejudice, and without costs, attorneys' fees, expenses, or disbursements to any party pursuant to Fed. R. Civ. P. 41(a). A copy of this fully executed Stipulation shall have the same force and effect as an original.

Dated: May 26, 2020

| | |
|---|---|
| GKG LAW, P.C.<br>*Counsel for Plaintiff JDI Holdings, LLC* | RIVKIN RADLER LLP<br>*Counsel for Defendant Kiveton International Limited* |
| *[signature: Brendan Collins]* | *[signature: Brian Bank]* |
| (NY Bar Code 5544929)<br>Brendan Collins, Esq.<br>1055 Thomas Jefferson Street, NW, Suite 500<br>Washington, D.C. 20007<br>Telephone: (202) 342-6793<br>Facsimile: (202) 342-5299<br>BCollins@gkglaw.com | (BB5995)<br>Brian L. Bank, Esq.<br>926 RXR Plaza<br>Uniondale, New York 11556<br>Telephone: (516) 357-3000<br>Facsimile: (516) 357-3333 E-mail:<br>E-mail: brian.bank@rivkin.com |

SO ORDERED
05-26-2020

_____
JED S. RAKOFF, U.S.D.J.